1

2

3  Attorneys for Plaintiff, Ronnie Stone

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 1508 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Plaintiff Name(s), Ronnie Stone<br><br>                          Plaintiffs,<br><br>                vs.<br><br>Pfizer, Inc., et al.<br>                          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RONNIE STONE, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Ronnie Stone

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 6, 2009 | GORDON & REES |
| 3 | | |
| 4 | | By: /s/<br>Stuart M. Gordon<br>Attorneys for Defendants |
| 5 | | |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court

PFZR/1035934/6190655v.1

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE